<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GARRICK COX MD LLC, | Civil Action No.16-cv-4611 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| CIGNA HEALTHCARE, | |
| Defendant. | November 21, 2016 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on October 28, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's case be remanded to the Superior Court of New Jersey, Law Division, Passaic County. Defendant did not file an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 9) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:  Clerk
cc:    Parties
       Magistrate Judge Wettre